THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER PICONE, Appellant.

Submitted January 7, 1944; decided February 24, 1944.

*Nicholas P. Iannuzzi* and *Ralph J. Barra* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.